STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PERINI CORPORATION, DEFENDANT–MOVANT, AND L. ROBERT KIMBALL & ASSOCIATES, INC., PERMA–PIPE, INC., ET AL., DEFENDANTS.

AND OTHER RELATED CASES.

June 8, 2012.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted.

45 A.3d 981

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PERINI CORPORATION, L. ROBERT KIMBALL & ASSOCIATES, INC., PERMA–PIPE, INC., ET AL., DEFENDANTS, AND JACOBS FA-CILITIES, INC., DEFENDANT–MOVANT.

AND OTHER RELATED CASES.

June 8, 2012.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted.

45 A.3d 981

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. PERINI CORPORATION, PERMA–PIPE, INC., ET AL., DEFENDANTS, AND L. ROBERT KIMBALL & ASSOCIATES, INC., DEFEN-DANT–MOVANT.

AND OTHER RELATED CASES.

June 8, 2012.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted.